THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— Order so far as appealed from modified by further reducing the values for the years in question as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1941–42 | $264,000 | $190,000 | $454,000 |
| 1942–43 | 264,000 | 185,000 | 449,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. Martin, P. J., dissents and votes to affirm. Settle order on notice.

D. & D. CHEMIST SHOPS, INC., Respondent, v. CITY OF NEW YORK et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements and the motion to dismiss the complaint granted. (See *Finkelstein* v. *City of New York, ante*, p. 662.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 686.]

STAMPERS ARRIVAL OF BUYERS, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Order and judgment unanimously reversed, with costs, and judgment granted as prayed for in the complaint on the authority of *Booth* v. *City of New York* (268 App. Div. 502), *All American Bus Lines* v. *City of New York* (268 App. Div. 508) and *Dun & Bradstreet, Inc.,* v. *City of New York* (276 N. Y. 198). Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM RUBIN, Respondent, v. SAMUEL ROSEN, Defendant; A. EDWARD MASTERS, Appellant, and FLORINDO S. POLO et al., Respondents.— Order unanimously modified by striking therefrom all provisions other than those providing for a consolidation of the pending actions without prejudice to an application under section 287 of the Civil Practice Act to bring in the additional claimants as codefendants in the consolidated action, and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., taking no part. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 485 PARK AVENUE, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— After taking into consideration all relevant factors we think that the order so far as appealed from, should be modified by reducing the assessments for the years involved as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1942–43 | $390,000 | $230,000 | $620,000 |
| 1943–44 | 380,000 | 220,000 | 600,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.